Clear Form

FILED
FEB 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JCS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kenneth Kennedy )   **CV22  0902**
           Plaintiff,  )   CASE NO. _____
                       )
vs.                    )   **APPLICATION TO PROCEED**
                       )   **IN FORMA PAUPERIS**
City of Sausalito      )   **(Non-prisoner cases only)**
           Defendant.  )
_____)

I, __Kenneth Kennedy__ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                         Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?   Yes ___ No _/_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?   Yes _/_ No ___

7  Make _Chevy_____ Year _1999____ Model _Silverado____

8  Is it financed? Yes ___ No _/_ If so, Total due: $ __0.00_____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account?  Yes ___ No _/_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ _____

14 Do you own any cash?  Yes ___ No ___ Amount:  $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)   Yes ___ No ___

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ ___0_____ Utilities: ___$300.00___

20 Food: $ ___260.00_____ Clothing: ___0___

21 Charge Accounts:

22 Name of Account        Monthly Payment        Total Owed on This Account

23 _____    $ _____    $ _____

24 _____    $ _____    $ _____

25 _____    $ _____    $ _____

26 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 ____Child Suport   13,000 - _____

- 3 -

1

2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes  X   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6     3:21 CV - 01143

7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10

11  2-14-22

12      DATE                                 SIGNATURE OF APPLICANT

- 4 -